PROSE-NP, TRANSFERRED, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01189-RWR
### Internal Use Only

JACKO v. BARNES
Assigned to: Judge Richard W. Roberts
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 06/29/2006
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

RICKY JACKO     represented by **RICKY JACKO**
160 Sinclair Street
Apartment 257
Reno, NV 89501
(775) 284-9645
PRO SE

V.

**Defendant**

LARRY BARNES
*Postmaster or Successor*
    represented by **Andrea McBarnette**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7153
Email: andrea.mcbarnette@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

[Stamp: United States District Court For the District of Columbia A TRUE COPY NANCY MAYER WHITTINGTON, Clerk By [signature] Deputy Clerk]

[Stamp: C 07 3859 BZ]

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2006 | 1 | COMPLAINT against LARRY BARNES (Filing fee $ 0.00) filed by RICKY JACKO. (Attachments: # 1 Exhibit)(jf, ) (Entered: 06/29/2006) |
| 06/29/2006 | | SUMMONS (3) Issued as to LARRY BARNES, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 06/29/2006) |
| 06/29/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by RICKY JACKO. (jf, ) (Entered: 06/29/2006) |
| 06/29/2006 | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis . Signed by Judge Royce C. Lamberth on June 27, 2006. (jf, ) (Entered: |

| | | |
|---|---|---|
| | | 06/29/2006) |
| 07/10/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 7/5/06., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney, served on 7/5/2006, answer due 9/5/2006 (jf, ) (Entered: 07/11/2006) |
| 07/21/2006 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to LARRY BARNES served on 7/7/2006, answer due 9/5/2006. (tg, ) (Entered: 07/24/2006) |
| 08/31/2006 | 5 | MOTION to Dismiss *or, in the Alternative,*, MOTION for Summary Judgment by LARRY BARNES. (McBarnette, Andrea) (Entered: 08/31/2006) |
| 09/07/2006 | 6 | Order advising plaintiff to respond by October 13, 2006,to defendant's dispositive motion or the Court will treat the motion as conceded and, if the circumstances warrant, may dismiss the case. Signed by Judge Richard W. Roberts on 9/7/06. (ah) (Entered: 09/07/2006) |
| 09/11/2006 | | Set/Reset Deadlines: Response to Dispositive Motions due by 10/13/2006. (lin, ) (Entered: 09/11/2006) |
| 10/13/2006 | 7 | RESPONSE re 5 MOTION to Dismiss *or, in the Alternative,* MOTION for Summary Judgment filed by RICKY JACKO. (Attachments: # 1 Exhibit)(jf, ) (Entered: 10/18/2006) |
| 10/30/2006 | 8 | REPLY to opposition to motion re 5 MOTION to Dismiss *or, in the Alternative,* MOTION for Summary Judgment filed by LARRY BARNES. (McBarnette, Andrea) (Entered: 10/30/2006) |
| 04/27/2007 | 9 | ORDER denying without prejudice 5 Defendant's Motion to Dismiss; denying without prejudice 5 Defendant's Motion for Summary Judgment; transferring the case to the United States District Court for the Northern District of California. Signed by Judge Richard W. Roberts on 4/27/07.(ah) (Entered: 04/27/2007) |
| 07/11/2007 | | Case transferred out to the USDC for the Northern District of California, pursuant to Court Order entered April 27, 2007. Sent to Court by by certified mail. (jf, ) (Entered: 07/11/2007) |