# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

September 13, 2007

To:
**Ricky Jacko**
160 Sinclair Street, Apt. #257
Reno, NV 89501

Re: Ricky Jacko v. Larry Barnes, Postmaster - C07-3859 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for November 26, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman. We received your consent/decline forms dated 8/29/07. Please complete only one (1) form.

Enclosed please find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By: /s/ Lashanda Scott
Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTPROPER.LTR.wpd