1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                     NORTHERN DISTRICT OF CALIFORNIA
8
9   Ricky Jacko,                              No.  C  07-3859 BZ
10              Plaintiff(s),                  **CONSENT TO PROCEED BEFORE A**
                                              **UNITED STATES MAGISTRATE JUDGE**
11        v.
12  Larry Barnes, Postmaster,
13              Defendant(s).
    _____/
14
15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____        _____
22                                        Signature
23                                        Counsel for _____
                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ricky Jacko,                                    No.  C 07-3859 BZ

        Plaintiff(s),                **DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND**
    v.                                      **REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

Larry Barnes, Postmaster,

        Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: _____          Signature_____

                                      Counsel for _____
                                      (Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm