UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICKY JACKO,

               Plaintiff,

   v.

LARRY BARNES et al,

               Defendant.

_____/

Case Number: CV07-03859 BZ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Andrea McBarnette
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530

Ricky Jacko
160 Sinclair Street, Apt. #257
Reno, NV 89501

Dated: September 13, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk