```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (SBN 203307)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    Facsimile:  (415) 436-6748
    E-mail:    melissa.k.brown@usdoj.gov
```

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY JACKO,<br><br>　　Plaintiff,<br><br>v.<br><br>LARRY BARNES<br>　　Postmaster General,<br><br>　　Defendant. | No. C 07-3859 BZ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Federal Defendant hereby substitutes Assistant United States Attorney Melissa K. Brown for Assistant United States Attorney, Andrea McBarnette as counsel for the Federal Defendant in the above-referenced action.  All future correspondence and pleadings to the United States should be directed to:

```
AUSA Melissa K. Brown
United States Attorney's Office
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6962
Facsimile: (415) 436-6748
melissa.k.brown@usdoj.gov
```

                                            Respectfully submitted,
                                            SCOTT N. SCHOOLS
                                            United States Attorney

DATED: October 15, 2007        By:     /s/
                                                      MELISSA K. BROWN
                                                      Assistant United States Attorney