1  SCOTT N. SCHOOLS (SC SBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CA SBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CA SBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California  94102-3495
       Telephone: (415) 436-6962
6      Facsimile: (415) 436-6748
       E-Mail:    melissa.k.brown@usdoj.gov
7
8  Attorneys for Federal Defendants

9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 RICKY JACKO                       )
                                     )   No. C 07-3859 BZ
14                                   )
            Plaintiff                )
15                                   )   **PROOF OF SERVICE**
        v.                           )
16                                   )
   LARRY BARNES                      )
17     Postmaster General            )
                                     )
18                                   )
            Defendant                )
19 _____ )

20     The undersigned hereby certifies that she is an employee of the Office of the United States

21 Attorney for the Northern District of California and is a person of such age and discretion to be

22 competent to serve papers.  The undersigned further certifies that on October 15, 2007, she

23 caused a copy of the following document (s):

24    **Notice of Substitution of Counsel**

25 to be served by first class mail upon the party(ies) at the address(es) stated below, which is/are

26 the last known address(es):

27 Ricky Jacko, Pro se
   160 Sinclair Street, #257
28 Reno, NV 89501

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

3                                              Very truly yours,

4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5

6                                                   /s/
                                               KATHY TERRY
7                                              Legal Assistant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28