SCOTT N. SCHOOLS (CSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
Facsimile:  (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY JACKO, | No. C 07-3859 BZ |
| Plaintiffs, | **FEDERAL DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| v. | |
| LARRY BARNES, Postmaster General | |
| Defendant. | |

Defendant UNITED STATES OF AMERICA ("Federal Defendant"), by and through its undersigned counsel, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  October 17, 2007              Respectfully submitted,

                                       SCOTT SCHOOLS
                                       United States Attorney


                                By:         /s/
                                       MELISSA K. BROWN
                                       Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**FEDERAL DEFENDANT'S REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

<u>Ricky Jacko v. Larry Barnes, Postmaster General</u>
C 07-3859 BZ

to be served this date upon each of the persons indicated below at the address shown:

Ricky Jacko, Pro se
160 Sinclair Street, #257
Reno, NV 89501

√    **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

____    **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

____    **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

____    **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 17, 2007 at San Francisco, California.

            /s/
KATHY TERRY
Legal Assistant

FEDERAL DEFENDANT'S DECLINATION TO PROCEED WITH MAGISTRATE JUDGE
C 07-3859 BZ