UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY JACKO,

        Plaintiff,

  v.

LARRY BARNES,

        Defendant.

Case Number: CV07-03859 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky Jacko
160 Sinclair Street, Apt. #257
Reno, NV 89501

Dated: October 22, 2007

                                    Richard W. Wieking, Clerk
                                    By: Anthony Bowser, Deputy Clerk