1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       Facsimile:  (415) 436-6748
6      E-mail:    melissa.k.brown@usdoj.gov

7  Attorneys for Federal Defendant

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 RICKY JACKO,                          )   No. C 07-3859 MHP
                                         )
13         Plaintiff,                    )   **NOTICE OF NEED FOR ADR PHONE**
                                         )   **CONFERENCE**
14      v.                               )
                                         )
15 LARRY BARNES                          )
       Postmaster General,               )
16                                       )
           Defendant.                    )
17 _____)

18      Counsel for Defendant reports that she has attempted to contact *Pro se* Plaintiff Ricky Jacko

19 by telephone, but she was not able to reach Mr. Jacko. Accordingly, the parties have not yet met

20 and conferred regarding ADR, therefore the parties:

21      ✓   have not yet reached an agreement to an ADR process

22          request an Early Settlement Conference with a Magistrate Judge

23 Date of Case Management Conference: **November 26, 2007**

24 The following counsel will participate in the ADR phone conference:

25 | **Name** | **Party Representing** | **Phone No.** | **E-Mail Address** |
   |---|---|---|---|
26 | Melissa K. Brown | United States Postal Service | (415) 436-6962 | melissa.k.brown@usdoj.gov. |
27 | Ricky Jacko | ProSe | (775) 284-9645 | |

28 Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a

telephone conference with a member of the ADR Legal Staff before the Case Management

NOTICE OF NEED FOR ADR PHONE CONFERENCE
Case No. C 07-3859 MHP

1  Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of
2  your phone conference.

4  NOVEMBER 8, 2007                              Respectfully submitted,
                                                  SCOTT N. SCHOOLS
5                                                 United States Attorney

                                                        /s
                                                 _____
8                                                 MELISSA K. BROWN
                                                  Assistant United States Attorney
9                                                 For United States Postal Service

NOTICE OF NEED FOR ADR PHONE CONFERENCE
Case No. C 07-3859 MHP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

<u>Ricky Jacko v. Larry Barnes, Postmaster General</u>
C 07-3859MHP

to be served this date upon each of the persons indicated below at the address shown:

Ricky Jacko, Pro se
160 Sinclair Street, #257
Reno, NV 89501

| | |
|---|---|
| √ | **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| _____ | **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above. |
| _____ | **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above. |
| _____ | **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above. |
| _____ | **BY FEDERAL EXPRESS** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 8, 2007 at San Francisco, California.

\_\_\_\_\_/s/\_\_\_\_\_
KATHY TERRY
Legal Assistant

NOTICE OF NEED FOR ADR PHONE CONFERENCE
Case No. C 07-3859 MHP