```
1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELISSA K. BROWN (SBN 203307)
    Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       Facsimile:  (415) 436-6748
6      E-mail:    melissa.k.brown@usdoj.gov

7   Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RICKY JACKO, | ) | No. C 07-3859 MHP |
| Plaintiff, | ) | **ADR CERTIFICATION** |
| v. | ) | |
| LARRY BARNES<br>    Postmaster General, | ) | |
| Defendant. | ) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**a.**   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**b.**   Discussed the available dispute resolution options provided by the Court and private entities; and

ADR CERTIFICATION Case No. C 07-3859 MHP

    **c.**   Considered whether this case might benefit from any of the available dispute resolution options.

DATED: NOVEMBER 8, 2007

/S

_____
MICHELLE REGALIA McGRATH
For United States Postal Service

DATED: NOVEMBER 8, 2007          Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

/S

_____
MELISSA K. BROWN
Assistant United States Attorney

ADR CERTIFICATION Case No. C 07-3859 MHP

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADR CERTIFICATION**

<u>Ricky Jacko  v. Larry Barnes, Postmaster General</u>
C 07-3859 MHP

to be served this date upon each of the persons indicated below at the address shown:

Ricky Jacko, Pro se
160 Sinclair Street, #257
Reno, NV 89501

√     **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____     **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____     **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____     **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____     **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 8, 2007 at San Francisco, California.


                       /s/
          KATHY TERRY
          Legal Assistant