**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: November 26, 2007

Case No.   C 07-3859  MHP          Judge: MARILYN H. PATEL

Title: RICKY JACKO -v- LARRY BARNES

Attorneys:  Plf: no appearance
            Dft: Melissa Brown

Deputy Clerk:  Anthony Bowser   Court Reporter: Sylvia Russo

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Plaintiff failed to appear as noticed by court (4:35 pm); Govt to submit proposed order to show cause why this action should not be dismissed for failure to prosecute this action and failure to obey court orders, to be noticed for 1/7/2008 at 3:00 p.m.