**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.   C 07-3859  MHP            Judge: MARILYN H. PATEL

Title: RICKY JACKO -v- LARRY BARNES

Attorneys:  Plf: no appearance
            Dft: Melissa Brown

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Plaintiff failed to appear as noticed by court (4:00 pm); Govt to submit proposed DLOP order for court signature;