JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6962
Facsimile: (415) 436-6748
Email: melissa.k.brown@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKY JACKO,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHN E. POTTER POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,<br><br>     Defendant. | No. C 07-03859 MHP<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION** |

Plaintiff, Ricky Jacko, in the above-captioned case failed to appear at the court ordered Order to Show Cause hearing held on January 7, 2008 at 3:00 p.m. to show cause why the complaint in the above-captioned matter should not be dismissed without prejudice for failure to appear, lack of prosecution, and failure to obey court order.  Plaintiff was given additional time to appear, but failed to appear or respond by 4:00 p.m.

Accordingly, it is ORDERED that:

The complaint in the above-captioned matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

IT IS SO ORDERED

DATED: _____       _____
                               MARILYN HALL PATEL
                               United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

<u>Ricky Jacko v. Larry Barnes, Postmaster General</u>
C 07-3859 MHP

to be served this date upon each of the persons indicated below at the address shown:

Ricky Jacko, Pro se
160 Sinclair Street, #257
Reno, NV 89501

_____  **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

√  **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____  **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____  **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

_____  **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 9, 2008 at San Francisco, California.

\_\_\_\_/s/\_\_\_\_
KATHY TERRY
Legal Assistant